UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS MARTINEZ, an individual;<br><br>Plaintiff,<br>vs.<br><br>JEFFREY A. BEARD, et. al.,<br><br>Defendants. | CASE NO.  14-cv-00405-AWI-JLT (PC)<br><br>**ORDER GRANTING STIPULATION**<br><br>**(Doc. 22)** |

Before the Court is the stipulation to vacate the scheduling conference and to allow Plaintiff until September 13, 2014 to file his first amended complaint.  (Doc. 22)  The stipulation provides little detail why the additional time is needed to file the amended complaint but given the insubstantial amount of time sought, the Court will grant this request.  Moreover, it appears that the scheduling conference was set in error given the classification of this case.  Therefore, the Court **ORDERS**:

    1.    The stipulation of counsel (Doc. 22) is **GRANTED**;

    2.    Plaintiff SHALL file his first amended complaint no later than **September 12[1], 2014**[2];

---

[1] Because September 13, 2014 is a Saturday, the Court has selected the deadline of September 12, 2014.
[2] If he chooses, Plaintiff may instead alert the Court that he wishes to proceed only on those claims deemed cognizable by the Court.  (Doc. 21)

3. The scheduling conference currently set on September 3, 2014 is **VACATED**. The Court will issue the discovery order when the pleadings are settled.

IT IS SO ORDERED.

Dated:   **August 20, 2014**              /s/ Jennifer L. Thurston
                                          UNITED STATES MAGISTRATE JUDGE