1

2

3

4

5

6

7

8                   **UNITED STATES DISTRICT COURT**

9                        EASTERN DISTRICT OF CALIFORNIA

10

11                                                | **Case No.  1:14-cv-00405-AWI-JLT (PC)**

JUAN CARLOS MARTINEZ,

12                                                **ORDER FINDING SERVICE OF SECOND**
                    Plaintiff,                    **AMENDED COMPLAINT APPROPRIATE**
13                                                **and ORDERING DEFENDANTS FERNANDO,**
                                                  **RN; SAGASTA, RN; AND SONGER M.D. TO**
        v.                                        **FILE ANSWERS**
14
BEARD, et al.,
15                                                **(Docs. 31, 32)**
                    Defendants.
16                                                **60-Day Deadline**

17

18
        Plaintiff, Juan Carlos Martinez, is a state prisoner in this civil rights action pursuant to 42
19
U.S.C. § 1983.  Plaintiff filed this action on March 19, 2014.  (Doc. 1.)
20
        On November 7, 2014, Defendants filed a request for screening of the Second Amended
21
Complaint.  (Doc. 32.)  The Court screened the Second Amended Complaint (Doc. 31) pursuant
22
to 28 U.S.C. § 1915A and finds that it states the following cognizable claims for relief under
23
section 1983:[1]
24
        (1)      against Defendants Pushpini Fernando RN; Bunhom Sagasta, RN; Michael
25
Songer, MD; Deborah Bradford, RN; Jesse A., LVN; and Correctional Officer Butler for
26

27     [1] Dismissal of other defendants who were originally named in this action, but who Plaintiff apparently no longer
       intends to proceed against since not named in the Second Amended Complaint, is being addressed in a concurrently
28     issued findings and recommendations.

                                                    1

1   deliberate indifference to Plaintiff's serious medical condition in violation of the Eighth

2   Amendment;

3           (2)     against Defendants Deborah Bradford, RN and Does 3 through 10 for

4   promulgating or implementing a constitutionally deficient policy; and

5           (3)     against Defendants Pushpini Fernando, RN; Bunhom Sagasta, RN; Michael

6   Songer, MD; Jesse A., LVN; Correctional Officer Butler; and Does 3 through 10 for negligence

7   under California law.

8           Fed. R. Civ. P. 8(a); *Swierkiewicz v. Sorema N. A.*, 534 U.S. 506, 512-15 (2002); *Austin v.*

9   *Terhune*, 367 F.3d 1167, 1171 (9th Cir. 2004); *Jackson v. Carey*, 353 F.3d 750, 754 (9th Cir.

10   2003); *Galbraith v. County of Santa Clara*, 307 F.3d 1119, 1125-26 (9th Cir. 2002).

11           Accordingly, it is HEREBY ORDERED that:

12           1.       Defendants request for screening of the Second Amended Complaint, filed on `

13                 November 7, 2014 (Doc. 32) is GRANTED;

14           2.       Service is appropriate for Defendants Jesse A. LVN, Correctional Officer

15                 Butler, and Deborah Bradford, RN; and

16           3.       Defendants Pushpini Fernando, RN; Bunhom Sagasta, RN; and Michael Songer,

17   MD are directed to file answers to the Second Amended Complaint **within 60 days** of the date of

18   service of this order.

19

20   IT IS SO ORDERED.

21       Dated:     **March 10, 2015**                       **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28