# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BEARD, et al.,<br><br>　　　　　Defendants. | Case No. 1:14-cv-00405-AWI-JLT (PC)<br><br>**ORDER REQUIRING DEFENDANTS TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S OBJECTION TO THE FINDINGS AND RECOMMENDATIONS AND VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS (Docs. 38, 39)**<br><br>**30-DAY DEADLINE** |

　　　Plaintiff, Juan Carlos Martinez, is a state prisoner in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on March 19, 2014.  (Doc. 1.)

　　　On November 7, 2014, Defendants filed a request for screening of the Second Amended Complaint.  (Doc. 32.)  The Court screened the Second Amended Complaint (Doc. 31) and issued a Findings and Recommendations on March 11, 2015 (Doc. 37).  Plaintiff filed objections to the Findings and Recommendations (Doc. 38) requesting leave to and a notice of voluntary dismissal without prejudice of Defendants Beard, Katavich, Youssef, M.D., and Marshal (Doc. 39). Though not titled as a motion, the issues raised therein are such that the Defendants should have opportunity to be heard.

　　　Accordingly, it is HEREBY ORDERED that within 30 days of the date of service of this order, all Defendants for whom counsel is entered in this case shall file either an opposition or a statement of non-opposition both to the issues raised in Plaintiff's objections to the Findings and

Recommendations and to Plaintiff's voluntary dismissal of Defendants Beard, Katavich, Youssef, M.D., and Marshall; it is FURTHER ORDERED that if Defendants oppose the motion, Plaintiff may file a reply thereto within 15 days.

IT IS SO ORDERED.

Dated:   **April 14, 2015**                              **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE