# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>BEARD, et al.,<br><br>    Defendants. | Case No. 1:14-cv-00405-AWI-JLT (PC)<br><br>**ORDER APPROVING STIPULATION MODIFYING THE DISCOVERY and SCHEDULING ORDER**<br><br>**(Docs. 50, 55)**<br><br>Non-expert Discovery Cut-Off Date: March 14, 2016<br>Dispositive Motion Deadline: May 20, 2016 |

The Court has reviewed and considered the Parties' Joint Stipulation to Extend the Discovery Cut-Off and Dispositive Motion Cut-off Dates. (Doc. 55.) The Court finds that good cause exists to extend the non-expert discovery and dispositive motion cut-off dates by 60 days. Accordingly the Court **ORDERS**:

(1) The parties **SHALL** complete all non-expert discovery and file any motions related to non-expert discovery **no later than March 14, 2016**; and

(2) The parties **SHALL** file any dispositive motions **no later than May 20, 2016**.

IT IS SO ORDERED.

    Dated:   **November 12, 2015**          **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE