1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9
10
11

| | |
|---|---|
| JUAN CARLOS MARTINEZ, | **Case No.  1:14-cv-00405-AWI-JLT (PC)** |
| Plaintiff, | **ORDER GRANTING SECOND STIPULATION TO AMEND THE SCHEDULING ORDER (Doc. 60)** |
| v. | |
| BEARD, et al., | **ORDER GRANTING IN CAMERA REVIEW (Doc. 61)** |
| Defendants. | |

12
13
14
15
16
17
18
19
20

The Court has reviewed and considered the parties' Second Stipulation to Modify the Scheduling Order.  (Doc. 60.)  The Court finds that good cause exists to amend the case schedule as stipulated by the parties and to conduct the in camera review (Doc. 61) as requested. Accordingly the Court **ORDERS**:

21
22
23

1.     The depositions of Defendant Butler, CDCR employees Abney and Kitchon, and Lucy Martinez **SHALL**  be completed and any motions related to non-expert discovery **SHALL** be filed no later than May 2, 2016,.

24
25
26
27
28

2.     No later than **March 18, 2016**, counsel for Defendants **SHALL** lodge, via an email to JLTOrders@caed.uscourts.gov the records "concerning investigations conducted into allegations of excessive force against Defendant Butler subpoenaed by Plaintiff, as well as confidential records concerning investigations conducted by CCHCS in response to

1

Plaintiff's grievances."

IT IS SO ORDERED.

Dated:   **March 10, 2016**                       **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE